Norman MacLeod, respondent,

v.

Walter J. Satterthwait, Incorporated, et al., appellants.

[Submitted February term, 1933.   Decided May 15th. 1933.]

*Mr. Albert R. McAllister* (*Mr. David L. Horuvitz*, of counsel), for the appellants.

*Messrs. Endicott & Endicott*, for the respondent.

*Messrs. McDermott, Enright & Carpenter, Mr. William N. Cooper, Mr. Harold F. Birnbaum, Mr. Paul Martinson, Mr. Homer C. Zink, Messrs. Dills, Muecke & Schelker* and *Mr. Eliot E. Berkwit, amicus curiæ.*

Per Curiam.

The facts in this case correspond substantially to those presented in the case of *Domestic Electric Corp.* v. *Mezzaluna, 109 N. J. Law 574,* and for the reasons expressed in the opinion filed in that case the decree of the court below is affirmed.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Donges, Kays, Hetfield, JJ.   8.

*For reversal*—Bodine, Heher, Van Buskirk, Dear, Wells, JJ.   5.